IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: <br> ALICE JEAN VASKO, Debtor. | CASE NO.:  16-14014-BFK <br> Chapter 13 |

### NOTICE OF RESCHEDULED HEARING

NOTICE IS HEREBY GIVEN that the Confirmation Hearing for the Modified Plan filed on 3/16/2017 was erroneously scheduled on the wrong Judge's docket, therefore the Confirmation hearing has been rescheduled from 5/11/2017 @ 9:30a.m.  to  6/1/2017 @1:30 p.m. and will be held at Judge Kenney's Courtroom, 200 South Washington Street, 3rd floor, Courtroom III.


SCOTT H. DONOVAN, P.C.
 /s/Scott H. Donovan
SCOTT H. DONOVAN, ESQUIRE
VSB #24592
Counsel for Debtor
9402 GRANT AVENUE
MANASSAS, VIRGINIA 20110
(703) 257-1159/ScottHDonovan@aol.com

### PROOF OF SERVICE

I hereby certify that a copy of the foregoing notice was electronically delivered or mailed on this 5th day of April, 2017, to all interested parties.

/s/Scott H. Donovan
Scott H. Donovan, Esquire