IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE:<br>ALICE JEAN VASKO, Debtor. | CASE NO.: 16-14014-BFK<br>Chapter 13 |

## *AMENDED* NOTICE

PLEASE TAKE NOTICE THAT SCOTT H. DONOVAN, Counsel for Debtor, has filed papers with the Court to Object to Proof of Claim #4.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your Attorney, if you have one in this bankruptcy case. (If you do not have an Attorney, you may wish to consult one.)

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before fifteen days from the date of this Notice, you or your Attorney must:

File with the Court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the Court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

Clerk of Court
United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314

You must also mail a copy to:

| | |
|---|---|
| Thomas Gorman, Trustee<br>300 N Washington St #400<br>Alexandria, VA 22314 | Scott H. Donovan, Esquire<br>Attorney for Debtor<br>9402 Grant Avenue<br>Manassas, VA 20110 |

Attend the hearing on the Motion scheduled to be held on JUNE 1, 2017 at 1:30 p.m. at United States Bankruptcy Court, 200 South Washington Street, 3rd Floor, Courtroom III, Alexandria, VA 22314.

If you or your Attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion or Objection and may enter an Order granting that relief.

ALICE JEAN VASKO,
By Counsel

SCOTT H. DONOVAN, P.C.
/s/Scott H. Donovan
SCOTT H. DONOVAN, ESQUIRE
VSB #24592
Counsel for Debtor
9402 GRANT AVENUE
MANASSAS, VIRGINIA 20110
(703) 257-1159/ScottHDonovan@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of April, 2017, copies of the foregoing were electronically delivered to Thomas Gorman, Chapter 13 Trustee, US Trustee, David E. Schwager, Esquire counsel for General Municipal Authority of the Borough of Harveys Lake & Debtor, and mailed by USPS regular mail to Judith Spagnuolo, Chairman of General Municipal Authority of the Borough of Harveys Lake at 138 South Main Street, Wilkes-Barre, PA 18703.

/s/Scott H. Donovan
Scott H. Donovan, Esquire